COPY

1  TAMARA CARMICHAEL (*pro hac vice pending*)
   tcarmichael@loeb.com
2  LOEB & LOEB LLP
   345 Park Avenue
3  New York, NY 10154
   Telephone: 212.407.4000
4  Facsimile: 212.407.4990

5  MELANIE HOWARD (SBN 218895)
   mhoward@loeb.com
6  LOEB & LOEB LLP
   10100 Santa Monica Blvd., Suite 2200
7  Los Angeles, CA  90067
   Telephone: 310.282.2000
8  Facsimile: 310.282.2200

9  Attorneys for Plaintiff

10                UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12  iN DEMAND L.L.C., a Delaware          Case No.: CV13-00281-MWF
    limited liability company,                           (AGRx)
13
                                          COMPLAINT FOR:
14          Plaintiff,
                                          (1)  FEDERAL UNFAIR
15          v.                            COMPETITION (VIOLATION OF
                                          15 U.S.C. § 1125(A);
16  CKI, Inc.; TriMediaEnterprises, LLC;
    iNd Television; and DOES 1-10,        (2)  STATE LAW UNFAIR
17                                        COMPETITION (CAL. BUS. &
            Defendants.                   PROF. CODE § 17200); AND
18
                                          (3)  INJURY TO BUSINESS
19                                        REPUTATION (CAL. BUS. &
                                          PROF. CODE § 14330)
20

21

22

23          Plaintiff iN DEMAND, L.L.C. ("Plaintiff") alleges as follows:

24

25

26

27

28

LA2269556.1
202849-10009

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

## JURISDICTION AND VENUE

1.      This action for injunctive relief, monetary damages, and other appropriate relief arises under federal law, the provisions of the Trademark Laws of the United States (the Lanham Act of 1946), as amended, 15 U.S.C. §§ 1051 et seq., and under the statutes and common law of the State of California. This Court has jurisdiction over Plaintiffs' federal claims under 15 U.S.C. §§ 1121 and 1125 and 28 U.S.C. § 1338(a). This Court has jurisdiction of the state unfair competition claims under 28 U.S.C. § 1338(b), in that those claims are joined with substantial and related claims under 15 U.S.C. §§ 1051 et seq. This Court has supplemental jurisdiction over the state claims under 28 U.S.C. § 1367, in that those claims are related to claims under this Court's original jurisdiction and form part of the same case or controversy under Article III of the United States Constitution.

2.      Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c).

## THE PARTIES

3.      Plaintiff iN DEMAND L.L.C. ("Plaintiff") is a limited liability company organized under the laws of Delaware with its principal place of business at 345 Hudson Street, 17th Floor, New York, NY 10014.

4.      Upon information and belief, defendant TriMediaEnterprises, LLC ("TriMediaEnterprises") is a company doing business at 5042 Wilshire Blvd. Ste. 925, Los Angeles, CA.

5.      Upon information and belief, defendant iNd Television ("iTV") is a company doing business at 5042 Wilshire Blvd. Ste. 925, Los Angeles, CA.

6.      Upon information and belief, "iTV" is a subsidiary of TriMediaEnterprises.

7.      Upon information and belief, defendant CKI, Inc. ("CKI") is a company with a place of business at 13913 Queens Harbor Rd., Charlotte, North Carolina 28278. Upon information and belief, CKI does business in this judicial district.

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA2269556.1
202849-10009

2

## GENERAL ALLEGATIONS

8.     Plaintiff is in the business of providing, among other services, cable programming, pay-per-view and video-on-demand services under the name and mark "iND" (the "iND Mark") in addition to other marks.

9.     Plaintiff is the exclusive owner of all common law and all other rights attendant to the iND Mark, including all goodwill associated therewith. Plaintiff has used the iND Mark in interstate commerce since as early as December 31, 1999.

10.     Plaintiff has filed for federal registration of the iND Mark with the U.S. Patent & Trademark Office.  Plaintiff is the owner of two federal trademark registrations for the mark 'iND":

a.  U.S. Reg. No. 4,074,295 for "Cable television services, namely, provision of telecommunication access to films and television programs provided via a video-on-demand or pay per view service; video-on-demand transmission services; pay per view television transmission services" in International Class 38;

b.  U.S. Reg. No. 4,074,296 for "Cable television programming services; Interactive video-on-demand and pay per view television programming services; Provision of non-downloadable films and television programs via a video-on-demand or pay per view service" in International Class 41.

11.     Plaintiff is also the owner of the following federal trademark registrations:

a.  U.S. Reg. No. 2,961,571 for the mark "INHD" for use in connection with "Cable television programming services" in International Class 41;

b.  U.S. Reg. No. 2,985,622 for the mark "IN DEMAND" for use in connection with "cable television programming services" in International Class 41, which registration is incontestable; and

c.  U.S. Reg. No. 2,995,436 for the mark "IN DEMAND" for use in connection with "cable television services offered to subscribers on a pay-per-view basis" in International Class 38, which registration is incontestable.

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA2269556.1
202849-10009

3

12.     True and correct copies of Plaintiff's federal trademark registration certificates are attached hereto as Exhibit "1".

13.     Plaintiff's marks, including Plaintiff's iND Mark, have become assets of substantial value symbolizing Plaintiff's services and goodwill.  As a result of Plaintiff's extensive marketing efforts, Plaintiff's marks, including Plaintiff's iND Mark, have obtained strong secondary meaning indicating source with respect to Plaintiff's services.

## DEFENDANTS' INFRINGING ACTIVITIES

14.     Defendants TriMediaEnterprises, LLC and INd Television are using the mark "INd" in association with, at a minimum, cable television programming services.

15.     Defendant INd Television is marketing its services and content via a website located at the domain name www.indtelevision.com.

16.     Defendant CKI, Inc. registered the domain name www.indtelevision.com on or about January 21, 2011.  CKI, Inc. is listed in the WHOIS database as the current owner of the www.indtelevision.com domain name.

17.     Defendant INd Television is also using the mark "INd" in connection with marketing and promotional activites on Facebook and Twitter.  Defendant INd Television is utilizing the name "INd Television (INd TV)" as a Facebook user name, and the name "INdTelevision" and user name "@INd_TV" on Twitter.

18.     Each of the defendants has participated actively in the infringing activities and acts of unfair competition alleged herein.

19.     The unauthorized use by defendants, and each of them, of a confusingly similar name in connection with the same or similar services to those offered by Plaintiff constitutes trademark infringement, unfair competition and false designation of origin in violation of the Lanham Act and of corresponding state and common law.

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA2269556.1
202849-10009

4

20.     Defendants are on notice of Plaintiff's trademark rights in Plaintiff's Marks, including the iND Mark.  Plaintiff has sent two letters to TriMediaEnterprises requesting that the infringing activities complained of herein cease immediately.  The parties have had ongoing discussions regarding the matters alleged in this Complaint; however, the use by Defendants continue and Defendant has refused or ignored Plaintiff's demands made herein.

## COUNT ONE

### (Against Defendants for Federal Trademark Infringement, Violation of 15 U.S.C. § 1114)

21.     Plaintiff repeats and re-alleges the allegations of Paragraphs 1 through 20 above as if fully set forth herein

22.     Plaintiff is the owner of federal trademark registrations of the iND Mark, in connection with the following services: "Cable television services, namely, provision of telecommunication access to films and television programs provided via a video-on-demand or pay per view service; video-on-demand transmission services; pay per view television transmission services" in International Class 38 (U.S. Reg. No. 4,074,295); and "Cable television programming services; Interactive video-on-demand and pay per view television programming services; Provision of non-downloadable films and television programs via a video-on-demand or pay per view service" in International Class 41 (U.S. Reg. No. 4,074,296).

23.     Defendants' use in commerce, without Plaintiff's consent, of "INd" as well as "INd Television" and "INd TV", in connection with the advertising, promotion, offering, and provision of cable television services is likely to cause confusion, to cause mistake, and/or to deceive the trade and/or consuming public.

24.     By these wrongful acts, Defendants have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury and damage to Plaintiff and to the goodwill, reputation and proven business success associated with Plaintiff's Marks.

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA2269556.1
202849-10009

5

25.     As a result of the acts set forth above, Defendants have violated Section 32 of the Lanham Act of 1946, 15 U.S.C. § 1114.

26.     Plaintiff has been and, until Defendants are restrained by the Court, will continue to be seriously and irreparably harmed by Defendants' actions.

27.     Upon information and belief, Defendants have profited or will profit by their wrongful conduct and activities.

28.     Plainitff has no adequate remedy at law.

## COUNT ONE

### (Against Defendants for Unfair Competition,
### Violation of 15 U.S.C. § 1125(a))

29.     Plaintiff repeats and re-alleges the allegations of Paragraphs 1 through 28 above as if fully set forth herein.

30.     Plaintiff owns and enjoys common law trade name and service mark rights throughout the United States in Plaintiff's Marks, including the iND Mark, in connection with the following services, among other goods and services: broadcasting services and provision of telecommunication access to films and television programs provided via a video-on-demand or pay per view service, video-on-demand transmission services; pay per view television transmission services; cable television broadcasting services; cable television programming services; interactive video-on-demand and pay per view television programming services; and provision of non-downloadable films and television programs via a video-on-demand or pay per view service.

31.     Defendants' use in commerce of words, terms, names, symbols or devices, or combinations thereof, including but not limited to the name "INd", alone or in combination with other words, such as "INd TV" and "INd Television", on or in connection with cable television services, constitutes false designation of origin and false and misleading representations of fact which are likely to cause confusion, to cause mistake, and/or to deceive the trade and/or consuming public as to

Loeb & Loeb
limited Liability Partnership
Including Professional
Corporations

LA2269556.1
202849-10009

6

affiliation, connection, or association of Defendants with Plaintiff and/or as to the origin, sponsorship, or approval of services provided by Plaintiff.

32.    As a result of the acts set forth above, Defendants have violated Section 43 (a) of the Lanham Act of 1946, 15 U.S.C. § 1125(a).

33.    Plaintiff has been and, until Defendants are restrained by the Court, will continue to be seriously and irreparably harmed by Defendants' actions.

34.    Upon information and belief, Defendants have profited or will profit by their wrongful conduct and activities.

35.    Plainitff has no adequate remedy at law.

## COUNT TWO

### (Against Defendants for Common Law
### Trade Name and Service Mark Infringement)

36.    Plaintiff repeats and re-allege the allegations of Paragraphs 1 through 35 above as if fully set forth herein.

37.    Plaintiff owns and enjoys common law trade name and service mark rights throughout the United States in Plaintiff's Marks, including the iND Mark, in connection with the following services, among other goods and services: broadcasting services and provision of telecommunication access to films and television programs provided via a video-on-demand or pay per view service, video-on-demand transmission services; pay per view television transmission services; cable television broadcasting services; cable television programming services; interactive video-on-demand and pay per view television programming services; provision of non-downloadable films and television programs via a video-on-demand or pay per view service.

38.    Defendants' use in commerce, without Plaintiff's consent, of "INd" as well as "INd Television" and "INd TV", in connection with the advertising, promotion, offering, and provision of cable television services is likely to cause confusion, to cause mistake, and/or to deceive the trade and/or consuming public.

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA2269556.1
202849-10009

7

39.     By these wrongful acts, Defendants have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury and damage to Plaintiff and to the goodwill, reputation and proven business success associated with Plaintiff's Marks.

40.     Upon information and belief, Defendants have profited or will profit by their wrongful conduct and activities.

41.     Plaintiff has no adequate remedy at law.

## COUNT THREE

### (Against Defendants for Unfair Competition Under California Law, Business and Professions Code Section 17200 et seq.)

42.     Plaintiff repeats and re-alleges the allegations of Paragraphs 1 through 41 above as if fully set forth herein.

43.     The acts of Defendants alleged above constitute unfair competition in that they are unlawful, unfair, and/or fraudulent acts or business practices and/or unfair, deceptive, untrue, or misleading advertising prohibited by California law, including Business and Professions Code Section 17200 *et seq.*

44.     As a result of Defendants' unfair competition, Plaintiff has been seriously and irreparably harmed.

45.     Defendants' acts of unfair competition will be ongoing unless enjoined by this Court, the Court makes such orders as necessary to prevent the use or employment by Defendants of any act or practice which constitutes unfair competition in the future, and the Court restores to Plaintiff any money which may have been acquired by Defendants by means of unfair competition.

WHEREFORE, Plaintiff prays that this Court enter a judgment:

1.     That pursuant to 15 U.S.C. §§ 1117 and 1125, Rule 65 of the Federal Rules of Civil Procedure and Section 17203 of the California Business and Professions Code, Defendants, their officers, agents, servants, employees, attorneys

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA2269556.1
202849-10009

8

1  and all those persons in active concert or participation with them be immediately
2  and permanently enjoined and restrained from:

3      a.  Using or registering the mark "IND", in whole or as part of any
4  mark, name or logo, in any typeface or font, in any combination of capitalized or
5  lowercase letters, or using any confusingly similar designation, alone or in
6  combination with other words, as a trademark, service mark, trade name, trade name
7  component, brand or otherwise, to market, advertise or identify Defendants'
8  services;

9      b.  Otherwise infringing any of Plaintiff's Marks;
10     c.  Unfairly competing with Plaintiff in any manner whatsoever; and/or
11     d.  Causing actual confusion, a likelihood of confusion, injury to
12 Plaintiff's goodwill, reputation, and proven business success, and/or dilution of the
13 distinctiveness of Plaintiff's Marks.

14     2.  That Defendants be directed to file with this Court and serve on
15 Plaintiff within thirty (30) days after service of an injunction, a report in writing
16 under oath, setting forth in detail the manner and form in which Defendants have
17 complied with the injunction.

18     3.  That Defendants be required to deliver up and destroy all devices,
19 signage, literature, advertising, containers, packaging, product parts and other
20 material bearing the infringing designation.

21     4.  That Defendants be required to conduct remedial advertising in an
22 effort to mitigate the damage done to Plaintiff's goodwill, reputation, and proven
23 business success in all geographic areas where Defendants have sold, delivered,
24 distributed or marketed their infringing services, and restore to Plaintiff monies lost
25 as a result of its unfair competition.

26     5.  That Defendants, and each of them, be required to immediately and
27 permanently terminate and cancel any social media or email account utilizing "IND"
28 as a user name or part of a user name.

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA2269556.1
202849-10009

9

1       6.    That CKI, Inc. be directed to transfer ownership of the

2 www.indtelevision.com domain name to Plaintiff.

3       7.    That Defendants be required to conduct an accounting of profits, and

4 that Plaintiff be awarded Defendants' profits resulting from its wrongful acts.

5       8.    That Plaintiff's damages be trebled because of Defendants' intentional

6 and willful infringement.

7       9.    That Plaintiff have and recover statutory and punitive damages.

8       10.    That Plaintiff have its costs of suit, including attorneys' fees.

9       That Plaintiff obtain such other and further relief as the Court may deem just

10 and appropriate.

11 Dated: January 14, 2013                 LOEB & LOEB LLP

12                                         TAMARA CARMICHAEL
MELANIE HOWARD

13

14                     By:

15                         Melanie Howard (SBN 218895)
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067

16                         Telephone: 310.282.2000
Facsimile: 310.282.2200

17                       Attorneys for Plaintiff, iN DEMAND L.L.C.

18

19

20

21

22

23

24

25

26

27

28

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA2269556.1
202849-10009

10

1

## **DEMAND FOR JURY TRIAL**

2      Plaintiff hereby demands a trial by jury on all issues properly triable by jury.

3   Dated: January 14, 2013            LOEB & LOEB LLP
                                        TAMARA CARMICHAEL
4                                       MELANIE HOWARD

5

6                                       By:
                                        Melanie Howard (SBN 218895)
7                                       10100 Santa Monica Blvd., Suite 2200
                                        Los Angeles, CA  90067
8                                       Telephone: 310.282.2000
                                        Facsimile: 310.282.2200

9                                       Attorneys for Plaintiff, iN DEMAND L.L.C.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA2269556.1
202849-10009

11

# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# iND

**Reg. No. 4,074,295**

**Registered Dec. 20, 2011**

**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

IN DEMAND L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
345 HUDSON STREET, 17TH FL.
NEW YORK, NY 10014

FOR: CABLE TELEVISION SERVICES, NAMELY, PROVISION OF TELECOMMUNICATION ACCESS TO FILMS AND TELEVISION PROGRAMS PROVIDED VIA A VIDEO-ON-DEMAND OR PAY PER VIEW SERVICE; VIDEO-ON-DEMAND TRANSMISSION SERVICES; PAY PER VIEW TELEVISION TRANSMISSION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,961,571, 2,995,436 AND OTHERS.

SER. NO. 85-351,173, FILED 6-20-2011.

B. PARADEWELAI, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. **Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

Page: 2 / RN # 4,074,295

# United States of America
## United States Patent and Trademark Office

# iND

**Reg. No. 4,074,296**

**Registered Dec. 20, 2011**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

IN DEMAND L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
345 HUDSON STREET, 17TH FL.
NEW YORK, NY 10014

FOR: CABLE TELEVISION PROGRAMMING SERVICES; INTERACTIVE VIDEO-ON-DE-MAND AND PAY PER VIEW TELEVISION PROGRAMMING SERVICES; PROVISION OF NON-DOWNLOADABLE FILMS AND TELEVISION PROGRAMS VIA A VIDEO-ON-DE-MAND OR PAY PER VIEW SERVICE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,961,571, 2,995,436 AND OTHERS.

SER. NO. 85-351,175, FILED 6-20-2011.

B. PARADEWELAI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

Reg. No. 2,961,571

## United States Patent and Trademark Office

Registered June 7, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## INHD

IN DEMAND L.L.C. (DELAWARE LIMITED LIA-
BILITY JOINT STOCK COMPANY)
345 HUDSON STREET, 17TH FLOOR
NEW YORK, NY 10014

FOR: CABLE TELEVISION PROGRAMMING
SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-28-2003; IN COMMERCE 7-15-2003.

SN 78-975,623, FILED 4-7-2003.

TRACY WHITAKER-BOWN, EXAMINING ATTOR-
NEY

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101, and 107**

**United States Patent and Trademark Office**

Reg. No. 2,985,622

Registered Aug. 16, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## IN DEMAND

IN DEMAND, L.L.C. (DELAWARE LTD LIAB CO)
345 HUDSON STREET
NEW YORK, NY 10014

FOR: CABLE TELEVISION PROGRAMMING
SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999.

SN 75-663,663, FILED 3-19-1999.

CHRISTOPHER BUONGIORNO, EXAMINING AT-
TORNEY

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

United States Patent and Trademark Office

Reg. No. 2,995,436
Registered Sep. 13, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## IN DEMAND

IN DEMAND, L.L.C. (DELAWARE LTD LIAB JT
ST CO)
345 HUDSON STREET
NEW YORK, NY 10014

FOR: CABLE TELEVISION SERVICES OFFERED
TO SUBSCRIBERS ON A PAY-PER-VIEW BASIS, IN
CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999.

SN 75-663,880, FILED 3-19-1999.

CHRISTOPHER BUONGIORNO, EXAMINING AT-
TORNEY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Michael Fitzgerald and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

### CV13- 281 MWF (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[✓] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | |
|---|---|
| IN DEMAND L.L.C., a Delaware limited liability company, | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) ) |
| CKI, INC.; TRIMEDIAENTERPRISES, LLC; IND TELEVISION; and DOES 1-10 | ) ) ) ) |
| _Defendant(s)_ | ) ) |

Civil Action No. **CV13-00281** MWF (AGRx)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Melanie Howard
           LOEB & LOEB LLP
           10100 Santa Monica Blvd., Suite 2200
           Los Angeles, CA 90067


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


_CLERK OF COURT_

Date: JAN 1 4 2013    _____

_____
MARILYN DAVIS
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❑ I returned the summons unexecuted because _____ ; or

    ❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

COPY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
IN DEMAND L.L.C., a Delaware limited liability company,

**DEFENDANTS**
CKI, INC.; TRIMEDIA ENTERPRISES, LLC; IND TELEVISION; and DOES 1-10

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
LOEB & LOEB LLP
Tamara Carmichael (pro hac pending) Melanie Howard (218895)
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
310-282-2100, tcarmichael@loeb.com, mhoward@loeb.com

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §§ 1114, 1125(A) Trademark infringement; Unfair competition

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 61 H1A(1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | **IMMIGRATION** | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 462 Naturalization Application | | ☐ 640 R.R.& Truck | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 465 Other Immigration Actions | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number:  **CV13-00281**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? No ☒ Yes
If yes, list case number(s): _CV11—0651 3 JAN(MANX)_

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | New York |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Melanie Howard (SBN218895)_ Date January 14, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com